AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
APR 22 2021
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

In the Matter of the Search of                                )
*(Briefly describe the property to be searched*                )
*or identify the person by name and address)*                  )   Case No. 3:21mj13
                                                              )
2507 POST OAK DR., CULPEPER, VA 22701                         )
                                                              )
                                                              )

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See attachment A

located in the _____Western_____ District of _____Virginia_____, there is now concealed *(identify the person or describe the property to be seized)*:

See attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846; 18 U.S.C. §1956; 18 U.S.C. §1341; 18 U.S.C. 511; & 18 U.S.C. 2314 | Conspiracy to Possess with Intent to Distribute Controlled Substances; Money Laundering; Mail Fraud; Altering or Removing Motor Vehicle Identification Numbers; & Transportation of Stolen Goods, Securities, Moneys, Fraudulent State Tax Stamps, or Articles Used in Counterfeiting |

The application is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Nolan Overby
*Applicant's signature*

Nolan Overby, DEA TFO
*Printed name and title*

Sworn and attested to in person.
Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____telephone_____ *(specify reliable electronic means).*

Date: 4/22/21

/s/ Joel C. Hoppe
*Judge's signature*

City and state: Charlottesville, VA

Joel C. Hoppe, United States Magistrate Judge
*Printed name and title*